UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RODERICK WASHINGTON,** | ) Case No. CV 08-7911-CBM(AJW) |
| Petitioner, | ) JUDGMENT |
| **vs.** | ) |
| **MATTHEW CATE, et al.,** | ) |
| Respondents. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 20, 2010

Consuelo B. Marshall
United States District Judge

1